**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ismael TOSTADO–NUNEZ,
Defendant–Appellant.**

**No. 06–51061.**

United States Court of Appeals,
Fifth Circuit.

Jan. 18, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Appeal from the United States District Court for the Western District of Texas, El Paso.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellant's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that the Appellant's unopposed motion to remand case to district court for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellant's unopposed motion to issue the mandate immediately upon entry of the Court's opinion is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.